UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

LEYANI ZACARIAS-ARTEAGA,

                       Petitioner,                            Case No. 1:26-cv-1551

v.                                             Honorable Paul L. Maloney

NORTH LAKE PROCESSING
CENTER et al.,

                       Respondents.

_____/

## **<u>JUDGMENT</u>**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

Dated:   June 3, 2026                       /s/ Paul L. Maloney
                                                Paul L. Maloney
                                                United States District Judge